### WORDEN v. RANGER et al.

(Supreme Court, Appellate Division, First Department. February 11, 1910.)

PLEADING (§ 367*)—MOTIONS—MAKING MORE DEFINITE AND CERTAIN.
   Where the cause of action is based on an assignment, the date of which is not stated in the complaint, a motion to make the complaint definite and certain, by stating the date, is proper.
   [Ed. Note.—For other cases, see Pleading, Cent. Dig. §§ 1173–1193; Dec. Dig. § 367.*]

Appeal from Special Term, New York County.

Action by Estella A. Worden against John N. Ranger and others. From an order denying a motion to make the complaint definite and certain, defendants appeal.   Reversed.

Argued before INGRAHAM, P. J., and LAUGHLIN, CLARKE, SCOTT, and MILLER, JJ.

Frank Cochrane (Waldo G. Morse, on the brief), for appellants.
Romaine H. Crosby, for respondent.

PER CURIAM.   When the cause of action set up in a complaint is based upon an assignment, the date of which is not stated in the complaint, a motion to make the complaint definite and certain, by stating said date, is proper.   Pigone v. Lauria, 115 App. Div. 286, 100 N. Y. Supp. 976.

The order appealed from should be reversed, with $10 costs and disbursements, and the motion granted, with $10 costs.